UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIDNEI R. DEMELO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWISHER INTERNATIONAL, INC. )<br>THOMAS C. BYRNE, KIMBERLY )<br>DZIUK, and TRACY TRAFICANTE, )<br>)<br>Defendants. )<br>) | C.A. No.  1:14-cv-10266 |

## DEFENDANTS' MOTION TO DISMISS OR STAY AND COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, Fed. R. Civ. P. 12(b)(1), and District of Massachusetts Local Rule 7.1, and for the reasons set forth in the accompanying Memorandum of Law, Defendant Swisher International, Inc. ("Swisher), Thomas C. Byrne, Kimberly Dziuk, and Tracy Traficante (collectively, "Defendants") hereby move this Court for an Order dismissing or, in the alternative, staying this action, and compelling Plaintiff Sidnei R. DeMelo ("DeMelo") to arbitrate all of the claims that DeMelo asserts in his Complaint

against Defendants, in accordance with the terms of the Mediation and Arbitration Agreement that DeMelo entered into with Swisher.

Dated:  February 11, 2014                By: /s/ Katharine A. Crawford
                                                    Jeffrey A. Dretler, BBO#558953
                                                    jdretler@laborlawyers.com
                                                    Katharine A. Crawford, BBO# 624192
                                                    kcrawford@laborlawyers.com
                                                    Amber L. Elias, BBO# 673974
                                                    aelias@laborlawyers.com
                                                    FISHER & PHILLIPS LLP
                                                    200 State Street, 13th Floor
                                                    Boston, MA  02109
                                                    (617) 722-0044

                                                    Attorneys for Defendants Swisher International, Inc., Thomas C. Byrne, Kimberly Dziuk, and Tracy Traficante

## CERTIFICATE OF SERVICE

     I, Katharine A. Crawford, attorney for Defendants Swisher International, Inc., Thomas C. Byrne, Kimberly Dziuk, and Tracy Traficante hereby certify that the foregoing Memorandum of Law in Support Of Defendants' Motion to Dismiss or Stay and Compel Arbitration was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants as indicated on the NEF:

Emily Smith-Lee
Rebecca C.E. Tatem
Smith Lee Nebenzahl LLP
One Post Office Square
Sharon, MA 02067

Dated: February 11, 2014  By: /s/ Katharine A. Crawford
Jeffrey A. Dretler, Esq., BBO# 558953
jdretler@laborlawyers.com
Katharine A. Crawford, Esq., BBO #624192
kcrawford@laborlawyers.com
Amber L. Elias. Esq., BBO# 673974
FISHER & PHILLIPS LLP
200 State Street, 13th Floor
Boston, Massachusetts 02109
(617) 722-0044

Attorneys for Defendants Swisher International, Inc., Thomas C. Byrne, Kimberly Dziuk, and Tracy Traficante